No. 88–461.   KIMBER PETROLEUM CORP. *v.* DAGGETT, ACTING COMMISSIONER, NEW JERSEY DEPARTMENT OF ENVIRONMENTAL

PROTECTION. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.